**93–780.** Cacic v. Cuyahoga Cty. Bd. of Revision. Board of Tax Appeals, No. 91–R–920. This cause is pending before the court as an appeal from the Board of Tax Appeals. Appellant's request for extension of time to file merit brief was denied by this court on October 14, 1993. It appears from the records of this court that appellant has not filed a merit brief in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and the same is hereby, dismissed *sua sponte.*

**93–1073.** State v. Grant. *Cuyahoga County,* No. 61862. This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Cuyahoga County and as a claimed appeal as of right from said court. Appellant's motion for delayed appeal was granted by this court on July 14, 1993. Appellant's request for extension of time to file memorandum in support of jurisdiction was denied by this court by *nunc pro tunc* entry of November 4, 1993. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and the same is hereby, dismissed *sua sponte.*

**93–1633.** Zinn v. Campbell. *Lake County,* No. 92–L–187. This cause, here on appeal from the Court of Appeals for Lake County, was considered in the manner prescribed by law. Upon consideration of the joint application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted.

**93–1639.** State v. Skotynsky. *Lucas County,* No. L–91–229. This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Lucas County and as a claimed appeal as of right from said court. Appellant's motion to exceed page limit on memorandum in support of jurisdiction was denied by this court on October 20, 1993. It appears from the records of this court that appellant has not filed an amended memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and the same is hereby, dismissed *sua sponte.*

**93–1644.** Nicholas v. Wozniak. *Summit County,* No. 15504. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Summit County to certify its record. Appellant's motion to file notice of appeal instanter was granted by this court on October 6, 1993. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and the same is hereby, dismissed *sua sponte.*